UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CHATIE GRAHAM,

                       Plaintiff,        JURY DEMAND

     -against-                  Index No.
                                        07CV11446
J.B. HUNT TRANSPORT, INC. and JAMES
B. TABOR,

                       Defendants.
------------------------------------X

COUNSELLORS:

    **PLEASE TAKE NOTICE,** that the undersigned hereby demand(s) a trial by jury on all issues in this action.

Dated: New York, New York
       December 31, 2007

                                                Yours, etc.

                                                MARK E. SEITELMAN LAW OFFICES, P.C.

                                                _____
                                                By: Donald Casale (DC-7207)
                                                Attorney for Plaintiff
                                                111 Broadway, 9th Floor
                                                New York, New York 10006
                                                (212)962-2626

NEWMAN FITCH ALTHEIM MYERS, P.C.
Attorney for Defendants
J.B. HUNT TRANSPORT, INC. and
JAMES TABOR
14 Wall Street
New York, New York 10005-2101
(212)619-4350

STATE OF NEW YORK      }
COUNTY OF NEW YORK     } ss.:

**Sherry Heckstall**, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Kings County in the State of New York.

On December 31, 2007, I served a true copy of the annexed JURY DEMAND by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

> NEWMAN FITCH ALTHEIM MYERS, P.C.
> Attorneys for Defendant
> J.B. HUNT TRANSPORT, INC.
> and JAMES B. TABOR
> 14 Wall Street
> New York, New York 10005
> (212)619-4350

_____
Sherry Heckstall

Sworn to before me this
31 day of December, 2007

_____
Notary Public

NICHOLAS A. CHIVILY
NOTARY PUBLIC, State of New York
No. 02CH4976241
Qualified in Putnam County
Commission Expires 12-03-