01/04/2008  14:59    2126193622          NFAM                    PAGE  03/03
01/02/08  10:28 FAX              JUDGE BERMAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

GRAHAM

         Plaintiff(s),

      - v -

J.B. HUNT TRANSPORT

         Defendant(s).

-------------------------------------------------X

**Case Management Plan**

07 CV. 11446 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by _____ 4/11/08

(ii)    Amend the pleadings by _____ 2/1/08 with briefs re: jurisd

(iii)   All discovery to be **expeditiously** completed by _____ 5/12/08 Fact + Expert

(iv)   Consent to Proceed before Magistrate Judge _____ NO

(v)    Status of settlement discussions _____ with Principals on 5/19/08 @ 10:00 A.M.

Sections vi through xi will be set at conference with the Court.

(vi)   Motions _____

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other Referred to Magistrate Judge for General Pretrial + possible trial pending 636(c) consent

**SO ORDERED:** New York, New York
4/11/07

RMB

Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/11/08