```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CHATIE GRAHAM,                                  :

               Plaintiff,     :   **ORDER**

     -against-                                 :   07 Civ. 11446 (RMB)(FM)

J.B. HUNT TRANSPORT, INC., and         :
JAMES B. TABOR,
                                       :

              Defendants.        :
-----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

     Pursuant to a telephone conference held earlier today, it is hereby

ORDERED that:

1. A further telephone conference shall be held on April 4, 2008, at 10:00 a.m. Defendants' counsel is directed to initiate the call by dialing Chambers at (212) 805-6727.

2. A settlement conference shall be held on May 21, 2008 at 2:00 p.m. in Courtroom 20A, 500 Pearl Street, New York, New York.

     SO ORDERED.

Dated:    New York, New York
             January 24, 2008

                                                     _____
                                                     FRANK MAAS
                                              United States Magistrate Judge

Copies to:

Honorable Richard M. Berman
United States District Judge

Mirsade Bajraktarevic, Esq.
Mark E. Seitelman Law Offices, P.C.
Fax: (212) 962-5050

Robert A. Fitch, Esq.
Newman, Fitch, Altheim, Myers, P.C.
Fax: (212) 619-3622