UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHATIE GRAHAM,

                Plaintiff,

  -against-

J.B. HUNT TRANSPORT, INC., and
JAMES B. TABOR,

                Defendants.

------------------------------------------------------------X

CV 07-11446 (RMB/FM)

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE OVER DISPOSITIVE MOTIONS DESCRIBED UNDER 28 U.S.C. §636(b)(1)(B)**

## CONSENT TO EXERCISE OF JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below.

**MOTIONS:** _Sua sponte_ Motion to Remand the Case to State Court

| | Party Represented | Signatures | Date |
|---|---|---|---|
| 1. | Chatie Graham | [signature] | 1/30/08 |
| 2. | J.B. Hunt Transport Inc. | [signature] | 1/29/08 |
| 3. | James Tabor | [signature] | 1/29/08 |

## ORDER OF REFERENCE

IT IS ORDERED that the above motion be referred to Judge Frank Maas, United States Magistrate Judge, to conduct all proceedings and enter a final order on such motion in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

_____  _____
Date                                      Hon. Richard M. Berman