UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHATIE GRAHAM,

                  Plaintiff,

-against-

J.B. HUNT TRANSPORT, INC., and
JAMES B. TABOR,

                  Defendants.

------------------------------------------------------------X

CV 07-11446 (RMB/FM)

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE OVER DISPOSITIVE MOTIONS DESCRIBED UNDER 28 U.S.C. §636(b)(1)(B)**

## CONSENT TO EXERCISE OF JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c) and Fed R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below.

**MOTIONS:** *Sua sponte* Motion to Remand the Case to State Court

| Party Represented | Signatures | Date |
|---|---|---|
| 1. Chatie Graham | | |
| 2. J.B. Hunt Transport Inc. | [signature] | 1/29/08 |
| 3. James Tabor | [signature] | 1/29/08 |

## ORDER OF REFERENCE

IT IS ORDERED that the above motion be referred to Judge Frank Maas, United States Magistrate Judge, to conduct all proceedings and enter a final order on such motion in accordance with 28 U.S.C §636(c) and Fed R.Civ.P. 73.

2/1/08          RMB
_____     _____
Date                         Hon. Richard M. Berman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-1-08