# MARK E. SEITELMAN
## LAW OFFICES, P.C.
### TRINITY BUILDING
### 111 BROADWAY, 9TH FLOOR
### NEW YORK, NY 10006

212 962-2626
FAX: 212 962-5050
LETTERS@SEITELMAN.COM

MARK E. SEITELMAN
MICHAEL GOLDFARB
MIRSADE BAJRAKTAREVIC
DONALD D. CASALE

PATRICK A. LYONS
NICHOLAS A. CHIVILY
IRINA ROLLER
GARY S. SMOKE
OF COUNSEL

MINNA S. MONTE
ADMINISTRATOR

LEGAL ASSISTANTS
MELODY M. SORRENTINO
ELINA ZHURAVLEVA
NATALYA GYADUKYAN
LISA VOLPE
SHERRY HECKSTALL
MONTFORT AMERIS, JR.

February 1, 2008

(via ECF)
Honorable Frank Maas
United States Magistrate Judge
Room 740
Daniel Patrick Moynihan
    United States Courthouse
500 Pearl Street
New York, New York  10007

  Re: Chatie Graham v. J.B. Hunt Transport. et. al
    SDNY Docket #:  07-CV-11446 (RMB)(FM)
    Our File No. 06-0376

Dear Judge Mass:

  This office represents the above plaintiff, Chatie Graham, in this diversity action which had been removed from Supreme Court, Orange County.

  The parties have been directed to file submissions on the issue of the amount in controversy. Defendants have on this date faxed to us their submission dated January 29, 2008.

  To the extent that defendants allege that the amount in controversy exceeds the requisite jurisdictional amount of $75,000.00, we are in accord.

  Firstly, for the reasons set forth in the letter brief of Robert A. Fitch, Esq., plaintiff's claims should be considered cumulatively, so that the stated property claim in the sum of $25,000.00, renders the requisite claim for the personal injury count to be in excess of only $50,000.00 in order to meet the jurisdictional requirement of $75,000 in the claims' totality. We submit that the personal injury claim does exceed the value of $50,000.00, again for the reasons ably set forth by the defendants in their letter brief, in particular noting that plaintiff sustained a torn rotator cuff with surgery.

  Furthermore, plaintiff's settlement demand at the recent conference was made in good faith and represents our view of a rea-

MARK E. SEITELMAN
LAW OFFICES, P.C.

sonable settlement value of this case. Even if that amount were reduced in half, the reduced amount would still exceed the requisite $75,000.00 amount.

Therefore, while we were not ourselves inclined to commence this action in Federal Court, we cannot say that the amount in controversy is less than the jurisdictional requirements for a diversity action.

                                    Respectfully yours,
                                    MARK E. SEITELMAN LAW OFFICES, P.C.

                                    DONALD D. CASALE (DC-7207)

MB:ddc
encs.

cc: Robert A. Fitch, Esq.
    Newman Fitch Altheim Myers, P.C.
    14 Wall Street, 22nd Floor
    New York, NY 10005-2101
      By mail & fax: 212-619-4350