UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CHATIE GRAHAM, :

              Plaintiff, :

  -against- :

J.B. HUNT TRANSPORT, INC., et al., :

             Defendants. :

------------------------------------------------------------x



ORDER

07 Civ. 11446 (RMB) (FM)

**FRANK MAAS,** United States Magistrate Judge.

    Having reviewed the letter from defendants' counsel dated January 29, 2008, which is identified on the Court's docket sheet as a "Motion To Find That Federal Jurisdiction Exists," as well as the exhibits thereto, and the plaintiff having concurred, the Court finds that diversity jurisdiction exists for the reasons set forth in the letter. Accordingly, the motion (Docket No. 9) is granted.

    SO ORDERED.

Dated:    New York, New York
               February 5, 2008

                                              FRANK MAAS
                                    United States Magistrate Judge

Copies to:

Robert A. Fitch, Esq.
Newman Fitch Altheim Myers
(212) 619-3622      (fax)

Mirsade Bajraktarevic, Esq.
Mark E. Seitelman Law Offices, P.C.
212  962-5050      (fax)