# NEWMAN FITCH ALTHEIM MYERS, P.C.

ROBERT A. FITCH
JAN KEVIN MYERS
CHARLES W. KREINES
OLIVIA M. GROSS
IAN F. HARRIS
STEPHEN N. SHAPIRO
CHARLES DEWEY COLE, JR***
DEREK E. BARRETT*

ANDRE N. POULIS
MICHAEL H. ZHU

RICHARD L. NEWMAN  (1921-2006)
ABRAHAM S. ALTHEIM  (1954-2005)

ATTORNEYS AT LAW

14 WALL STREET
NEW YORK, NY 10005-2101
(212) 619-4350
FAX: (212) 619-3622
www.nfam.com

NEWMAN FITCH ALTHEIM MYERS
A PARTNERSHIP AFFILIATED WITH NEWMAN FITCH ALTHEIM MYERS, P.C.
744 BROAD STREET
NEWARK, NEW JERSEY 07102
(973) 824-2600
FAX: (973) 824-2993

ABRAHAM A. FRIEDMAN
JANINE  SILVER
THOMAS J. CHAVES
PAUL V. GILBERTO
MARTIN I NAGEL
THOMAS P. RYAN, JR
MATTHEW S. MARINO**
LON V. HUGHES
STEPHEN M. BIGHAM
ANTHONY  D. LUIS
DAVID P. TURCHI
DANIEL A. ALTER
HOWARD B. ALTMAN
AMARA S. FAULKNER
LUIS G. SABILLON*
ADRIENNE  YARON
LAURA J. PROCIDA *
JENNIFER A. LEE*

\*      ALSO ADMITTED IN NJ
\*\*    ALSO ADMITTED IN CA
\*\*\*  ALSO ADMITTED IN NJ, DC & TX

March 10, 2008

Honorable Frank Maas
Room 740
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, NY 10007

          **Re:**    **Chatie Graham v. J.B. Hunt Transport, et. al.**
                **07-CV-11446 (FM)**
                **Our Ref: NJBH 16388**

Dear Judge Maas:

      We are the attorneys for defendants J.B. Hunt Transport and James B. Tabor, and we are writing to ask that this court direct plaintiffs counsel to supply defendants with a HIPPA-compliant authorization for her primary care provider at the time of the accident and all medical records related to her prior medical condition.

      This matter, seeking damages for personal injuries, arose out of a collision between the defendants' tractor-trailer and plaintiff's motor vehicle that occurred on or about August 25, 2006 on eastbound I-84 New York. According to plaintiff's ISO claim search report, annexed hereto as **Exhibit A**, plaintiff suffered multiple injuries on or about August 8, 2005 only one year before the accident. By telephone conversation in early February 2008, our office spoke with plaintiff's counsel, requesting the primary care physician's authorization. Despite the good faith efforts of both parties to resolve this, plaintiff refused to supply said authorization, and we refused to withdraw our demand. Therefore, we apply to this Court for relief.

      As this Court well knows, the scope of the physician patient privilege is dictated by New York law in this case. *See* FRE 501. The New York State Court of Appeals has held that:

> A litigant will be deemed to have waived the [physician-patient] privilege when, in bringing or defending a personal injury action, that person has affirmatively placed his or her mental or physical condition in issue. As we stated in *Koump*, this rule is necessary because ... a party should not be

NEWMAN FITCH ALTHEIM MYERS, P.C.

>permitted to affirmatively assert a medical condition in seeking damages or in defending against liability while simultaneously relying on the confidential physician-patient relationship as a sword to thwart the opposition in its efforts to uncover facts critical to disputing the party's claim.

*Dillenbeck v. Hess*, 73 N.Y.2d 278, 287, 536 N.E.2d 1126, 1132, 539 N.Y.S.2d 707, 713 (1989). Likewise, the Appellate Division, First Department, has held that "it is recognized that it is unfair for the opposing party in a litigated controversy to have the patient use this privilege both as a sword and a shield, to waive when it inures to her advantage, and wield when it does not." *Farrow v. Allen*, 194 A.D.2d 40, 45, 608 N.Y.S.2d 1, 4 (1st Dep't 1993).

When a party affirmatively places his or her physical condition at issue, the physician-patient privilege is waived: "once the patient has voluntarily presented a picture of his or her medical condition to the court in a particular court proceeding, it is only fair and in keeping with the liberal discovery provisions of the CPLR to permit the opposing party to obtain whatever information is necessary to present a full and fair picture of that condition." *Farrow v. Allen*, *id.* at 46, 608 N.Y.S.2d at 4; *see Daniele v. Long Island Jewish-Hillside Med. Cntr.*, 74 A.D.2d 814, 425 N.Y.S.2d 363 (2nd Dep't 1980)("Plaintiff's claim that the injuries sustained included insomnia, irritability, fatigue and weight loss, ... entitled the defendants to full disclosure regarding any psychiatric or psychological treatment she may have received prior to or subsequent to the date of the alleged malpractice"), *Velez v. Daar*, 41 A.D.3d 164, 838 N.Y.S.2d 44 (1st Dep't 2007)("Where records of a sensitive and confidential nature relate to the injury sued upon, disclosure is warranted. The interests of justice in a fair disposition of this dispute outweigh the need for confidentiality").

Indeed, Rule 35 of the Federal Rules of Civil Procedure parallel New York's liberal discovery scheme with respect to waiver of the physician patient privilege. Specifically, "when the mental or physical condition…of a party…is in controversy, the court in which the action is pending may order the party to submit to a physical or mental examination by a suitably licensed or certified examiner…". Rule 35 FRCP.

Here, plaintiff is making a claim for serious personal injuries resulting from a collision with a tractor-trailer. Her injuries included surgical intervention to her left shoulder as a result of trauma. Her prior injury, which occurred one year before the accident at issue, involved multiple injuries listed as "equally serious." *See* annexed ISO report, **Exhibit A**. Since plaintiff has affirmatively placed her physical condition at issue by claiming personal injuries in this case, it is respectfully submitted that she has waived the physician patient privilege, and that she be directed to supply a HIPPA compliant authorization for her primary care physician and for all medical providers that treated her as a result of her August 8, 2005 accident.

    Thank you.

                      Respectfully,

                      NEWMAN FITCH ALTHEIM MYERS

DPT:jd/rks                  David P. Turchi
Enclosure

NEWMAN FITCH ALTHEIM MYERS, P.C.

cc: **Via Fax (212-962-5050) and Regular Mail**
MARK E. SEITELMAN LAW OFFICES, P.C.
Attorneys for the Plaintiff
111 Broadway, 9th Floor
New York, New York 10006
(212) 962-2626

**VIA ECF**
United States District Court
Southern District

NEWMAN FITCH ALTHEIM MYERS, P.C.

Bcc:  J.B. Hunt Transport, Inc.

# ISO ClaimSearch Match Report

Date 12-11-2007

A Claim report identified by ClaimSearch identification number 8Q002279291 was received by ISO ClaimSearch on 12/11/2007. Submission of this claim report initiated a claim search. In our database, the claims listed below appear to be similar to the claim submitted.
Reasonable procedures have been adopted to maximize the accuracy of this report. Independent investigations should be performed to evaluate the relevant data provided.

---

```
Claimant/Insured:    GRAHAM,CHATIE,
         Address:    22 EDGEWOOD TERRACE
            City:    NEWBURGH                      St: NY   Zip: 12550
             SSN:    064585575    (SSN ISSUED      NY/1976-1977)
    Claim Number:    A0605807
    Date of Loss:    08/25/2006    Claim Type:  CASU   Loss Type:   BIAR
```

---

| ClaimSearch ID | Date of Loss | Claim Type | Loss Type | Reason for Match |
|---|---|---|---|---|
| 8I001862330 | 08/08/2005 | CASU | COMP | Individual search |
| 5J002035161 | 08/25/2006 | OTHR | GLLI | Individual search |
| 2R001506870 | 12/24/2002 | CASU | BIAR | Address search |

---

If you have any questions concerning your report, please contact Customer Support at (800)888-4476
MARK J WHITEHEAD-CAS CLMS MGR
SAFETY/LIAB CLMS DIV
J B HUNT TRANSPORT INC
615 J B HUNT CORPORATE DR
PO BOX 598
LOWELL,AR 727450000
J18200001

```
Initiating Claim:
    Activity & Date: Property/Casualty 08/25/2006    File Number: 8Q002279291
       Type of Loss: Personal Automobile - Liability   Bodily Injury Auto Related
   Location of Loss: I-84 EXIT 8
               City: NEWBURGH              State: NY         Zip:
       ISO Received: 12/11/2007
            Company: J B HUNT TRANSPORT INC                  Phone:
            Contact: BADER,JOAN,
            Address: 615 J B HUNT CORPORATE DR
                   : PO BOX 598
               City: LOWELL                State: AR         Zip: 72745
       Claim Number: A0605807
      Policy Number: A0605807

    Involved Party: Claimant
              Name: GRAHAM,CHATIE,
           Address: 22 EDGEWOOD TERRACE
```

```
            City: NEWBURGH                    State: NY      Zip: 12550
             DOB: 09/02/1964
             SSN: 064585575         (SSN ISSUED      NY/1976-1977)
           Phone: 8455610293
      Occupation: COMPUTER TECHICIAN
   Injury/Damage: SHOULDER/CERVICAL

       Service Provider: Lawyer For Claimant
            Name: MARK SEITELMAN ESQ
         Address: 111 BROADWAY, 9TH FL
            City: NEW YORK                    State: NY      Zip: 10006
           Phone: 2129622626

       Service Provider: Medical Doctor(M.D.)
            Name: MIDDLETOWN PHY MED & REHAB
         Address: 54 DOLSON AVE # 300
            City: MIDDLETOWN                  State: NY      Zip: 10940
           Phone: 8453430292

   Involved Party: Insured
            Name: JB HUNT TRANSPORT INC
         Address: PO BOX 130
            City: LOWELL                      State: AR      Zip: 72745
Reason for Match
```

---

```
: Individual search                         Match #:   1
Activity & Date: Property/Casualty 08/08/2005       File Number: 8I001862330
   Type of Loss: Workers Compensation               Comprehensive
Location of Loss: 1 LAGUARDIA RD
            City: CHESTER                    State: NY      Zip:
    ISO Received: 08/16/2005
         Company: AMERICAN INTERNATIONAL GROUP            Phone: 8002422977
         Address: AIG WRKRS COMP CS
                : 15 CORNELL RD 2ND FLR *
            City: LATHAM                     State: NY      Zip: 12110
   Claim Number: 709190676001

   Involved Party: Claimant
            Name: GRAHAM,CHATIE,
         Address: 22 EDGEWOOD TERR
            City: NEWBURGH                   State: NY      Zip: 12550
             DOB: 09/02/1964
             SSN: 064585575        (SSN ISSUED      NY/1976-1977)
***  1 more matches on this SSN inside this report ***
***  More matches on this SSN outside this report ***
      Occupation: CLIENT CARE WORKER
   Injury/Damage: MULTIPLE INJURIES EQUALLY SERIOUS

   Involved Party: Insured
            Name: VOLUNTEERS OF AMERICA - GREATE
         Address: NO FIXED ADDRESS

Reason for Match
```

---

```
: Individual search                         Match #:   2
Activity & Date: Property/Casualty 08/25/2006       File Number: 5J002035161
```

```
        Type of Loss: Personal Automobile
                City: NEWBURGH                State: NY        Zip:
        ISO Received: 08/26/2006
             Company: ALLSTATE INSURANCE COMPANY               Phone: 8003669775
             Contact: TAYLOR,ANGELICA,R                        Phone: 8664375642
             Address: BEACON    (4730)
                    : 300 WESTAGE BUSINESS CTR
                City: FISHKILL                 State: NY       Zip: 12524
       Claim Number: 4735625453
      Policy Number: 913385571

      Involved Party: Both Claimant & Insured
               Name: GRAHAM,CHATIE
            Address: 22 EDGEWOOD TERRACE
               City: NEWBURGH                  State: NY       Zip: 125502650
                DOB: 09/02/1964
                SSN: 064585575        (SSN ISSUED      NY/1976-1977)
***   1 more matches on this SSN inside this report ***
***   More matches on this SSN outside this report ***
      Injury/Damage: ARM, LEFT            PAIN
      Coverage Type: Bodily Injury
          Loss Type: Bodily Injury
            Contact: TAYLOR,ANGELICA,R                         Phone: 8664375642

Reason for Match
_____
: Address search                              Match #:  3
   Activity & Date: Property/Casualty 12/24/2002   File Number: 2R001506870
       Type of Loss: Personal Automobile - Liability  Bodily Injury Auto Related
   Location of Loss: RT 84, EXIT 10
               City: NEWBURG                  State: NY        Zip:
       ISO Received: 07/17/2003
            Company: NORTHLAND INSURANCE COMPANY               Phone: 6126884100
            Address: PO BOX 64816
               City: SAINT PAUL               State: MN        Zip: 55164
      Claim Number: 21TN346622000001
     Policy Number: 21TN346622

     Involved Party: Claimant
               Name: GRAHAM,KENNETH,
            Address: 22 EDGEWOOD TERRACE
               City: NEWBURGH                 State: NY        Zip: 12550
                DOB: 10/12/1965
                SSN: 077682379        (SSN ISSUED       NY/1984-1985)
      Injury/Damage: BACK PAIN, RIGHT KNEE PAIN

   Service Provider: Lawyer For Claimant
               Name: MARK SEITELMAN
            Address: 111 BROADWAY, 9TH FLOOR
               City: NEW YORK                 State: NY        Zip: 10006

     Involved Party: Insured
               Name: SUPERIOR TRUCKING INC
            Address: 5225 ROUTE 9W
               City: NEWBURGH                 State: NY        Zip: 12550
```

(handwritten margin notes: "Ken" "G/")