UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CHATIE GRAHAM,                                  :

                Plaintiff,        :        **ORDER**

     -against-                                  :        07 Civ. 11446 (FM)

J.B. HUNT TRANSPORT, INC., and                  :
JAMES B. TABOR,
                                             :

                Defendants.
                                             :
------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

       It having been reported to this Court that the above entitled action has been settled, the Clerk of the Court is respectfully requested to close this case.

       SO ORDERED.

Dated:     New York, New York
             May 21, 2008

                                                          FRANK MAAS
                                         United States Magistrate Judge

Copies to:

Mirsade Bajraktarevic, Esq.
Mark E. Seitelman Law Offices, P.C.
Fax: (212) 962-5050

Robert A. Fitch, Esq.
Newman, Fitch, Altheim, Myers, P.C.
Fax: (212) 619-3622