UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CHATIE GRAHAM,

        **Plaintiff,**

    -against-

J.B. HUNT TRANSPORT, INC. and JAMES
B. TABOR,

        **Defendants.**
-------------------------------------------------------------------X

**STIPULATION OF
DISCONTINUANCE**

Index No. CV 07-11446
(RMB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/2008

      **IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the

respective parties herein that the above entitled action, having been settled, be, and the same

hereby is discontinued, with prejudice, and without costs to any party and that this stipulation

may be filed with the Clerk of the Court without further notice, and an order to that effect may

be entered without further notice.

*Clerk to close this case.*

Dated:   New York, New York
        May 29, 2008


MIRSADE BAJRAKTAREVIC
MARK E. SEITELMAN LAW OFFICES, P.C.
Attorneys for Plaintiff
CHATIE GRAHAM
111 Broadway, 9th Floor
New York, NY 10006
(212) 962-2626
Our File No. 06-0376

Newman Fitch Altheim Myers, P.C.
Attorneys for Defendants
J.B. HUNT TRANSPORT, INC. and
JAMES B. TABOR
14 Wall Street, 22nd Floor
New York, NY 10005-2101
(212) 619-4350


RECEIVED
JUL 15 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

RMB
7/15/08